# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 1/25/13**

In re:   Case No.:   95–17585 PM     Chapter:   13

Lucy C. Joyce
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 80 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $2732.23 Filed by Transworld Mortgage Corporation .

PROBLEM: Applicant must submit identification for Brian Dilks and proof of the status of the Corporation must be submitted.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 2/8/13.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

                                                Mark D. Sammons, Clerk of Court
                                                by Deputy Clerk, Yvette Oliver  410–962–4424

cc:   Debtor(s)
      Attorney for Debtor(s) – Michael T.M. Shannon
      Transworld Mortgage Corporation
      Brian J. Dilks